# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **MARY L. DANNER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:14-CV-229 (MTT) |
| ) | |
| **CAROLYN W. COLVIN,** *Acting* ) | |
| *Commissioner of Social Security*, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Charles H. Weigle to remand the Plaintiff's case to the Commissioner because the Administrative Law Judge did not sufficiently articulate the basis for finding the Plaintiff benefited from medical improvement in concluding the Plaintiff is no longer disabled.  (Doc. 14).  The Commissioner has not objected to the Recommendation.  The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation is **ADOPTED** and made the order of this Court.  Accordingly, the Plaintiff's case is **REMANDED** pursuant to "sentence four" of 42 U.S.C. § 405(g).

**SO ORDERED,** this 1st day of June, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT